UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEVELL DOUGHTY | CIVIL ACTION |
| VERSUS | NO: 11-1279 |
| STATE OF LOUISIANA | SECTION: R |

**<u>ORDER</u>**

Levell Doughty filed this *pro se* petition for a writ of *habeas* corpus pursuant to 28 U.S.C. § 2254. The Court has reviewed *de novo* the petition, the record, the applicable law, and the Magistrate Judge's Report and Recommendation. The Magistrate Judge's recommended ruling is correct and petitioner has not objected to the Report and Recommendation. Accordingly, the Court approves the Report and adopts it as its opinion.

Accordingly,

IT IS ORDERED that Levell Doughty's petition is DENIED and DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 19th day of September, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE